UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-22-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LAQUONNE OMAR ANTHONY | |

On motion of the Defendant, Laquonne Omar Anthony, and for good cause shown, it is

hereby ORDERED that DE 33 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9__ day of December, 2025.

JAMES C. DEVER III
United States District Judge