IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAQUONNE OMAR ANTHONY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for sentence reduction [D.E. 42] not later than December 4, 2026.

SO ORDERED. This 27 day of October, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge